UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEX SORIA,<br><br>    Defendant. | 2:11-cr-0156-LDG-RJJ<br><br>ORDER |

    Defendant Soria filed an emergency motion to continue trial or dismiss Counts 10 and 11 (#74, response #77, reply #78, supplemental memo #80), and the court conducted a hearing on the motion on this date. While the relevance of the recently produced Social Security Administration medical records to whether Soria concealed that he was engaged in substantial and gainful activity during the time he was receiving disability benefits remains indefinite, the court finds that, in the interest of justice and out of an abundance of caution, a continuance of the scheduled trial is warranted. The court further finds that there are neither grounds to support a dismissal of Counts 10 and 11, nor a determination of outrageous government conduct or a Brady violation with respect to the production. Accordingly,

    THE COURT HEREBY ORDERS that defendant Soria's motion to continue trial (#74) is GRANTED. The current trial date of May 7, 2012, is hereby VACATED. Trial shall be

rescheduled for Monday, July 16, 2012, at 9:00 am. Calendar call shall be Tuesday, July 3, 2012, at 8:30 am.

THE COURT FURTHER ORDERS that, barring unforeseen circumstances out of the parties' control, no further continuances shall be granted.

THE COURT FURTHER ORDERS that within two (2) days from the filing of this order, defendant Soria shall submit a stipulation to continue trial with reference to the Speedy Trial Act.

Dated this 25 day of April, 2012.

Lloyd D. George
United States District Judge