# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-0156-LDG-RJJ |
| Plaintiff, | |
| v. | ORDER |
| ALEX SORIA, | |
| Defendant. | |

The United States has filed a motion in limine to admit audio recording (#88) and a motion in limine to exclude expert testimony (#89). The current scheduled opposition period extends to the eve of trial, and therefore must be shortened. Accordingly,

THE COURT HEREBY ORDERS that defendant Soria shall file his oppositions to the United States' motion in limine to admit audio recording (#88) and motion in limine to exclude expert testimony (#89) on or before July 6, 2012.

Dated this ___ day of July, 2012.

_____
Lloyd D. George
United States District Judge